# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5028

_____

JAMICHAEL S. TRIBUE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Stewart E. Parsons, Judge.

June 7, 2019

BILBREY, J.

    Jamichael S. Tribue was placed on probation following a no contest plea to burglary of a dwelling and grand theft. Adjudication of guilt was withheld. He violated probation and was then restored to probation. He was again alleged to have violated probation. Following a hearing, the trial court orally revoked Tribue's probation after he was found to have committed a new violation of law. Tribue appeals the judgment and sentence.

    Tribue's appointed counsel was unable to make a good faith argument that error occurred and filed an *Anders** brief. We have reviewed the record and find there is competent, substantial

_____

\* *Anders v. California*, 386 U.S. 738 (1967).

evidence supporting the trial court's determination that Tribue violated probation. However, as Tribue's counsel has noted, there is no written order of probation. Further, the judgment of conviction subsequently entered, which adjudicated Tribue guilty of the underlying offenses, incorrectly lists the burglary conviction as burglary of a dwelling while armed rather than burglary of a dwelling. Therefore, this judgment is reversed, and the cause is remanded for the trial court to enter a corrected judgment and a written order of revocation of probation. Appellant need not be present for entry of the corrected judgment or the written order of revocation.

REVERSED and REMANDED.

RAY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Candice K. Brower, Criminal Conflict & Civil Regional Counsel, and Michael J. Titus, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

2